In the Matter of the Claim of Mrs. J. RANDOLPHO FLUDD, Respondent, against ALBERT J. DEMPS and THE ÆTNA CASUALTY & SURETY COMPANY, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Appeal from an award for death benefits made by the State Industrial Board pursuant to the provisions of the Workmen's Compensation Law in favor of Georgie Allen Fludd, child of George Fludd, deceased employee. This award was made to Georgie Allen Fludd as the acknowledged illegitimate posthumous dependent child of the deceased. Award unanimously

affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Crapser, Bliss, Heffernan and Foster, JJ.